GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.362.2203
gmushmeche@ksjattorneys.com
*Attorneys for Defendant*
*Arstrat, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARICRUZ JASSO, | Case No.: 2:25-cv-00838 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR HARRIS & HARRIS, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| ARSTRAT, LLC, | |
| Defendant. | **[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant, ARSTRAT, LLC, ("Defendant"), and Plaintiff, MARICRUZ JASSO, by and through their respective counsel of record, stipulate and agree to extend the deadline to October 15, 2025 for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's first request for an extension, which it requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint and to explore settlement possibilities. Plaintiff has no opposition to Defendant's request for an extension.

/ / /

/ / /

/ / /

/ / /

/ / /

1

This request is made in good faith and not for delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 29th day of September, 2025.

| FREEDOM LAW FIRM | KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD. |
|---|---|
| */s/ Gustavo Ponce, Esq.*<br>GUSTAVO PONCE, ESQ.<br>Nevada Bar No. 15084<br>6787 W. Tropicana Avenue, Suite 250<br>Las Vegas, NV 89103<br>Tel: (800) 400-6808<br>Fax: (800) 520-5523<br>*Attorneys for Plaintiff,*<br>*Maricruz Jasso* | */s/ Gina M. Mushmeche, Esq.*<br>GINA M. MUSHMECHE, ESQ.<br>Nevada Bar No. 10411<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Tel: (702) 362-6666<br>Fax:(702) 362-2203<br>*Attorneys for Defendant,*<br>*Astrat, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2025

2