Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
Maricuz Jasso

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **MARICRUZ JASSO,** | **Case No.: 2:25-cv-00838-JCM-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF DEFENDANT ARSTRAT LLC** |
| **ARSTRAT LLC,** | |
| Defendants. | |

///

///

///

- 1 -
STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MARICRUZ JASSO ("Plaintiff") and Defendant ARSTRAT LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of July 2026.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
*Attorneys for Plaintiff*

**SCHNITZER, JOHNSON & WATSON, CHTD.**

By: */s/ Gina Mushmechie*
Gina Mushmechie, Esq.
*Attorney for Defendant Astrat LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____ July 10, 2026_____

- 2 -
STIPULATION OF DISMISSAL